## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTONE L. A. KNOX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-12-390-M |
| | ) |
| WADE SCOTT, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

On May 24, 2012, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that the Court deny plaintiff's request for *in forma pauperis* status and dismiss this action without prejudice unless plaintiff fails to pay the $350.00 filing fee within 21 days of an order adopting the Report and Recommendation. Plaintiff was advised of his right to object to the Report and Recommendation by June 11, 2012. Plaintiff has not filed an objection.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on May 24, 2012;

(2) DENIES plaintiff's request for *in forma pauperis* [docket no. 2]; and

(4) DISMISSES this action without prejudice unless plaintiff pays the full $350.00 filing fee on or before July 9, 2012.

**IT IS SO ORDERED this 18th day of June, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE